UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jennifer S.,[1]

   Plaintiff,

v.

Martin J. O'Malley, *Commissioner of Social Security Administration*,

   Defendant.

Civ. No. 23-547 (JWB/JFD)

**ORDER**

---

  United States Magistrate Judge John F. Docherty issued a Report and Recommendation ("R&R") on January 16, 2024. (Doc. No. 14.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

  Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

  1. The January 16, 2024 Report and Recommendation (Doc. No. 14) is **ACCEPTED**;

  2. Plaintiff's request in her Brief (Doc. No. 11) is **DENIED**;

  3. Defendant's request in his Brief (Doc. No. 13) is **GRANTED**;

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in social security appeals such as the present case. Accordingly, when referring to the Plaintiff, only her first name and last initial are provided.

4. Plaintiff's Complaint (Doc. No. 1) is **DISMISSED**; and

5. The Commissioner's decision is **AFFIRMED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: March 5, 2024         _s/ Jerry W. Blackwell_____
                            JERRY W. BLACKWELL
                            United States District Judge